# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ANTHONY JAMES QUINONES,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 82712 |
| ANTHONY JAMES QUINONES,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 82713 |
| ANTHONY JAMES QUINONES,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 82714 |

**FILED**

JUL 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are consolidated appeals from judgments of conviction. Second Judicial District Court, Washoe County; Egan K. Walker, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these appeals

 
21-20289

are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, this court

ORDERS these appeals DISMISSED.[1]

_____, J.
Cadish

_____, J.          _____, J.
Pickering                                              Herndon

cc:    Hon. Egan K. Walker, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk

---

[1]Because no remittitur will issue in these matters, *see* NRAP 42(b), the one-year period for filing any post-conviction habeas corpus petitions under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A